UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL TAYLOR on behalf of the UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>Respondents. | No. 2:16-cv-0140 TLN GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  Fed. R. Civ. P. 41(a).

Dated: March 1, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/kly
tayl0140.159